AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>CHASANOW, DEBORAH K. | 2. Court or Organization<br><br>U.S. DIST. CT. FOR D. OF MD. | 3. Date of Report<br><br>10/02/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE-SENIOR | 5a. Report Type (check appropriate type)<br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

RM 400 U.S. COURTHOUSE
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust created by family member's will (created 11/2011) |
| 2. | Personal Representative | Estate of family member (estate opened 5/9/17) |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K. | 10/02/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | monthly | State of Maryland Retirement | $71,986.38 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K. | 10/02/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K. | 10/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. rollover IRA, Delaware Charter Trustee (H) | | | | | | | | | |
| 2. --Morgan Stanley Bank NA, formerly Daily Income Fund | A | Interest | K | T | | | | | |
| 3. --Conoco Phillips | A | Dividend | K | T | | | | | |
| 4. --Phillips 66 | B | Dividend | K | T | | | | | |
| 5. --Washington REIT SBI | B | Dividend | K | T | | | | | |
| 6. --Vanguard Dividend Appreciation | A | Dividend | K | T | | | | | |
| 7. --Vanguard Short-Term Corporate | A | Dividend | J | T | | | | | |
| 8. --Weyerhaeuser Company | D | Dividend | L | T | | | | | |
| 9. --Chevron Corp | C | Dividend | L | T | | | | | |
| 10. --Washington REIT SBI | A | Dividend | K | T | | | | | |
| 11. --Enbridge Inc. | C | Dividend | K | T | | | | | |
| 12. --Johnson and Johnson | B | Dividend | L | T | | | | | |
| 13. --Caterpillar Inc. | B | Dividend | L | T | Sold (part) | 05/10/18 | K | D | |
| 14. --Coca Cola Company | A | Dividend | K | T | | | | | |
| 15. --General Mills Inc. | A | Dividend | K | T | | | | | |
| 16. --Vanguard Intermediate Bond Fund | A | Dividend | | | Sold | 10/09/18 | J | A | |
| 17. --iShares Short-term cor bnd ETF | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K. | 10/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Rayonier Inc. | A | Dividend | J | T | | | | | |
| 19. --Matthews Asian Japan Inv. | A | Dividend | K | T | | | | | |
| 20. --Bank of America Corp | A | Dividend | K | T | | | | | |
| 21. --iShares S&P US PFD Stk Idx | A | Dividend | J | T | | | | | |
| 22. --Pfizer Inc | B | Dividend | K | T | Buy (add'l) | 10/09/18 | K | | |
| 23. --Vanguard FTSE Europe ETF | A | Dividend | J | T | | | | | |
| 24. --Wisdomtree Trust Japn Hedge EQ | A | Dividend | J | T | | | | | |
| 25. --Calamos Market Neutral Inc | A | Dividend | K | T | | | | | |
| 26. --Doubleline Income Solutions FD | B | Dividend | K | T | | | | | |
| 27. --Clearbridge Energy MLP FD Inc | B | Dividend | K | T | | | | | |
| 28. --Kayne Andersn MLP Mids invt Co | B | Dividend | K | T | Buy | 05/10/18 | K | | |
| 29. Family Member's Estate (H) | | | | | | | | | |
| 30. --Old Line Bank | | None | L | T | | | | | |
| 31. --UNIMPROVED AGRICULTURAL LAND IN ST. MARY'S COUNTY, MD. | | None | L | Q | | | | | |
| 32. Ameriprise Financial AQEAX | A | Dividend | K | T | | | | | |
| 33. Bank of America SAVINGS | A | Interest | L | T | | | | | |
| 34. Bank of America CHECKING | A | Interest | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K. | 10/02/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Morgan Stanley Bank N.A., | A | Interest | L | T | | | | | |
| 36. Synchrony K Draper UT CD | C | Interest | L | T | Buy | 05/10/18 | L | | |
| 37. Merrill Lynch CMA | A | Interest | O | T | | | | | |
| 38. America Movil SA | A | Dividend | K | T | | | | | |
| 39. Equitable Life Insurance Policy--whole life | C | Dividend | M | T | | | | | |
| 40. Hartford Life Insurance Policy--whole life on parents' lives | D | Interest | N | T | | | | | |
| 41. Enbridge Inc. | A | Dividend | J | T | | | | | |
| 42. Anadarko Petroleum Corp. | A | Dividend | K | T | | | | | |
| 43. HP Inc Com, formerly Hewlett Packard Co. | A | Dividend | K | T | | | | | |
| 44. DXC Technology Company (X) | A | Dividend | J | T | Spinoff (from line 43) | 04/03/17 | J | | |
| 45. | | | | | Distributed (part) | 06/05/18 | J | | |
| 46. Perspecta Inc | A | Dividend | J | T | Spinoff (from line 45) | 06/01/18 | J | | |
| 47. Hewlett Packard Enterprise (X) | A | Dividend | J | T | Spinoff (from line 43) | 11/01/15 | J | | |
| 48. | | | | | Distributed (part) | 09/01/17 | J | | |
| 49. Micro FCS Int (X) | A | Dividend | J | T | Spinoff (from line 48) | 09/01/17 | J | | |
| 50. Apache Corp. | A | Dividend | K | T | Sold (part) | 10/09/18 | J | A | |
| 51. Conoco Phillips | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K. | 10/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Phillips 66 | A | Dividend | K | T | | | | | |
| 53. iShares MSCI Germany Index | A | Dividend | | | Sold | 10/09/18 | J | A | |
| 54. John Deere & Co. | B | Dividend | M | T | | | | | |
| 55. Northern Trust Co. checking account | C | Interest | N | T | | | | | |
| 56. B of A. Fund Strat Mngd Acct (Merrill Lynch)(no control)(H) | | | | | | | | | |
| 57. --BIF Tax-Exempt Fund/ML Bank Deposit | A | Int./Div. | J | T | | | | | |
| 58. --Blackrock Eqty Dividend | | None | | | Sold | 01/25/18 | K | B | |
| 59. --MFS Value FD CL 1 | A | Dividend | J | T | | | | | |
| 60. --The Oakmark Int'l Fund | | None | | | Sold | 01/25/18 | J | A | |
| 61. --Oppenheimer International | A | Dividend | J | T | | | | | |
| 62. --iShares Russell 1000 IWF | A | Dividend | K | T | Buy (add'l) | 01/29/18 | J | | |
| 63. --iShares Russell 1000IWD | A | Dividend | K | T | Buy (add'l) | 01/29/18 | J | | |
| 64. --iShares TR Core MSCI EAF | A | Dividend | K | T | Buy (add'l) | 01/29/18 | J | | |
| 65. --MFS Muni Income FD | | None | | | Sold | 01/25/18 | J | A | |
| 66. --Spdr Nuveen Blmbrg/BRCLYMNCP BOND ETF/TFI | | None | | | Sold | 01/29/18 | J | A | |
| 67. --T Rowe Price Emerging Markets Stock | | None | | | Sold | 01/25/18 | J | A | |
| 68. --Vaneck Vectors High Yield Municipal INDE | A | Dividend | | | Sold | 01/25/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K. | 10/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Edgewood Growth FD INST | | None | | | Sold | 01/25/18 | J | A | |
| 70. --Delaware Emerging Markets Fund | A | Dividend | | | Buy (add'l) | 01/26/18 | J | | |
| 71. | | | | | Sold | 08/02/18 | J | A | |
| 72. --Glenrede Small Cap Equity fund | A | Dividend | J | T | | | | | |
| 73. --Nuveen Short Duration HI Yield Muni Bd Fd | B | Dividend | K | T | Buy | 01/26/18 | J | | |
| 74. | | | | | Buy (add'l) | 08/02/18 | K | | |
| 75. NextEra Energy, Inc. formerly FPL Group | B | Dividend | L | T | | | | | |
| 76. iShares Barclays TIPS bond | A | Dividend | K | T | Buy (add'l) | 10/09/18 | J | | |
| 77. Vanguard Intermediate Bond Fund | A | Dividend | | | Sold | 10/09/18 | J | A | |
| 78. iShares Barclays 1-3 Credit Bond (sht trm cor bnd eft) | A | Dividend | K | T | | | | | |
| 79. iShares MSCI Emerging Market Index Fund9 | A | Dividend | J | T | | | | | |
| 80. Apple, Inc. | B | Dividend | M | T | | | | | |
| 81. CF Industries Holdings, Inc. | B | Dividend | L | T | | | | | |
| 82. Schlumberger Ltd. | A | Dividend | K | T | | | | | |
| 83. General Mills Inc. | A | Dividend | J | T | | | | | |
| 84. iShares MSCI Japan ETF | A | Dividend | K | T | | | | | |
| 85. Genl Dynamics Corp | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. The India Fund Inc | B | Dividend | K | T | | | | | |
| 87. Vanguard FTSE Europe ETF | A | Dividend | K | T | | | | | |
| 88. Vanguard FTSE Pacific ETF | A | Dividend | K | T | | | | | |
| 89. Vanguard Mid-Cap ETF | A | Dividend | L | T | | | | | |
| 90. Vanguard Small Cap ETF | B | Dividend | L | T | | | | | |
| 91. Wisdomtree Europe Hedged Equit | A | Dividend | K | T | | | | | |
| 92. Wisdomtree Trust India | A | Dividend | K | T | | | | | |
| 93. Wisdomtree Trust Japn Hedge EQ | A | Dividend | K | T | | | | | |
| 94. Wells Fargo & Co New | B | Dividend | K | T | | | | | |
| 95. Blackstone REIT | A | Int./Div. | K | T | | | | | |
| 96. Putnam Short Duration Income A | B | Dividend | M | T | | | | | |
| 97. Berkshire Hathaway CL-B New | | None | L | T | Buy | 05/10/18 | L | | |
| 98. | | | | | Buy (add'l) | 10/09/18 | K | | |
| 99. Trust Under Family Member's Will (H) | | | | | | | | | |
| 100. --Property in Sussex Co. Delaware | | None | N | W | | | | | |
| 101. --Bank of America checking | A | Interest | M | T | | | | | |
| 102. --Plains All American Pipeline LP | B | Distribution | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K. | 10/02/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --Energy Transfer Partners LP | C | Distribution | K | T | | | | | |
| 104. --Enterprise Prods Partners LP | B | Distribution | K | T | | | | | |
| 105. --MPLX LP | B | Distribution | K | T | | | | | |
| 106. --Merck & Co Inc | A | Dividend | K | T | | | | | |
| 107. --Nestle Spon ADR Rep | B | Dividend | K | T | | | | | |
| 108. --First TR Morningstar Div | B | Dividend | L | T | Buy (add'l) | 11/08/18 | K | | |
| 109. --AT&T Inc | B | Dividend | | | Sold | 11/08/18 | K | A | |
| 110. --Verizon Communications | C | Dividend | K | T | | | | | |
| 111. --Johnson & Johnson | A | Dividend | K | T | | | | | |
| 112. --NRG Yield Inc./Clearway Energy Inc CL C | A | Distribution | | | Sold | 09/20/18 | K | C | |
| 113. --Unit Guggenheim Dividend Strength 20 | A | Dividend | | | Sold | 02/26/18 | L | D | |
| 114. --iShares Nat Mun BN ETF (MUB) | A | Dividend | | | Sold | 02/08/18 | K | | |
| 115. --Nuveen Intermediate Duration (NIQ) | A | Dividend | | | Sold | 02/08/18 | K | A | |
| 116. --Unit Invesco Stocks for 2019 | A | Dividend | L | T | | | | | |
| 117. --CISCO sys Inc | A | Dividend | | | Sold | 06/12/18 | K | D | |
| 118. --Targa Resources CP | A | Dividend | | | Sold | 01/25/18 | K | E | |
| 119. --Morgan Stanley Bank | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K. | 10/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. --Wash Real Est Inv Tr Maryland | A | Dividend | K | T | | | | | |
| 121. --Cummins Inc | A | Dividend | J | T | | | | | |
| 122. --Caterpillar Inc | A | Dividend | K | T | | | | | |
| 123. --Berkshire Hathaway CL-B New | | None | K | T | Buy (add'l) | 11/08/18 | J | | |
| 124. --JP Morgan Alerian MLP Index ETN | | None | | | Sold | 11/08/18 | J | A | |
| 125. --S & P 500 Index fund | A | Dividend | K | T | Buy (add'l) | 04/24/18 | K | | |
| 126. --Blackstone Grooup LP | B | Dividend | K | T | | | | | |
| 127. --Constellation Brands Inc CL A (STZ) | A | Dividend | K | T | | | | | |
| 128. --Welltower Inc (HNC) | B | Dividend | | | Sold | 04/24/18 | J | A | |
| 129. --First Tr High Yl LG SHT ETF (HYLS) | B | Dividend | | | Sold | 11/08/18 | K | A | |
| 130. --FT Preferred Secur & Inc ETF (FPE) | B | Dividend | | | Sold | 11/08/18 | K | A | |
| 131. --iShares Select Dividend ETF (DVY) | B | Int./Div. | K | T | | | | | |
| 132. --Unit First Trust Capital Strength Buy-Write 29 | | None | | | Sold | 01/22/18 | K | B | |
| 133. --Unit First Trust Dividend Strength 35 | A | Dividend | M | T | | | | | |
| 134. --Unit Guggenheim SMID Dividend Strength 8 | A | Dividend | K | T | | | | | |
| 135. --Unit First Trust Dividend Strength 37 | A | Dividend | K | T | | | | | |
| 136. --Unit Invesco S&P Dividend Sustainability 2017-3 | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. --Unit First Trust Cap Strength Buy-Write 36 | | None | J | T | Buy | 01/22/18 | K | | |
| 138. --First Tr Valu Ln Div IDX | B | Dividend | K | T | Buy | 01/25/18 | K | | |
| 139. --Goldman Sachs BK New York CD | B | Interest | L | T | Buy | 02/08/18 | L | | |
| 140. --Unit Guggenheim Dividend Strength 29 | B | Dividend | L | T | Buy | 02/26/18 | L | | |
| 141. --S&P 500 Index Fund | B | Dividend | K | T | Buy | 04/24/18 | K | | |
| 142. --Kraft Heinz Co | A | Dividend | | | Buy | 06/12/18 | K | | |
| 143. | | | | | Sold | 11/08/18 | J | A | |
| 144. --Pfizer Inc | A | Dividend | K | T | Buy | 06/12/18 | K | | |
| 145. --FT-Preferred Seur & Inc ETF | B | Dividend | K | T | Buy | 09/20/18 | K | | |
| 146. --First Tr Valu LN Div IDX | B | Dividend | K | T | Buy | 01/25/18 | K | | |
| 147. | | | | | Buy (add'l) | 11/08/18 | J | | |
| 148. --FT North American energy Infra | B | Dividend | K | T | Buy | 11/08/18 | K | | |
| 149. --SPDR Port S&P High Div ETF | B | Dividend | K | T | Buy | 11/08/18 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 31: Appraisal of land as of 4/2/2017, conducted 6/20/2017 for estate. Lines 44-49: some information inadvertently left off prior year reports.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ DEBORAH K. CHASANOW**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544